IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANNY HOWARD SILVERS,<br>　　ID # 2307807,<br>　　　　Petitioner,<br><br>v.<br><br>DIRECTOR, TDCJ-CID,<br>　　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>No. 3:23-CV-1320-N-BW |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.　The amended Petition for a Writ of Habeas Corpus by a Person in State Custody, received on July 5, 2023 (Dkt. No. 6), is **DISMISSED** with prejudice as barred by the statute of limitations.

2.　The Clerk of the Court shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the petitioner.

**SO ORDERED.**

SIGNED September 12, 2025.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE